FILED IN CHAMBERS
U.S.D.C.
APR 0 6 2011
By: James ___, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION FILE NO. |
| v. : | 1:10-CR-524-2-ODE-RGV |
| : | |
| THOMAS REPKE : | |

### ORDER

This criminal action is before the Court on the Report and Recommendation of United States Magistrate Judge Russell G. Vineyard filed March 11, 2011 [Doc. 37]. No objections have been filed.

In the Report and Recommendation, the Magistrate Judge recommends that Defendant's Motion to Sever Defendants [Doc. 23] be denied. Specifically, the Magistrate Judge found that Defendant failed to establish compelling prejudice such that the Court should exercise its discretion and sever his trial from the trial of his co-defendant.

The Court having read and considered the Report and Recommendation and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the Report and Recommendation, Defendant's Motion to Sever Defendants [Doc. 23] is DENIED.

SO ORDERED, this 6 day of April, 2011.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE